# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| DEONTAE L. HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22-cv-00131-MHH-HNJ |
| ) | |
| ALDOC, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION AND ORDER**

On October 12, 2023, the Magistrate Judge entered a report in which he recommended the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) because Mr. Hudson has not stated a claim for which the Court may provide relief. (Doc. 34). The Magistrate Judge also recommended that the Court deny Mr. Hudson's motion for preliminary injunction. (Doc. 34). Although the Magistrate Judge advised Mr. Hudson of his right to file written objections within 14 days, the Court has not received objections.

The Court has reviewed the materials in the electronic docket for this case. The Court recognizes that Mr. Hudson was involved in a traumatic incident at Bibb Correctional Facility, but the Magistrate Judge correctly explained why Mr. Hudson

has not asserted a claim for which relief is available under the law.[1] Therefore, the Court adopts the Magistrate Judge's report and accepts his recommendation. By separate order, pursuant to 28 U.S.C. § 1915A(b), the Court will dismiss Mr. Hudson's claims without prejudice. The Court denies Mr. Hudson's request for a preliminary injunction.

     **DONE** and **ORDERED** this November 9, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] At some point following the incident at the Bibb Correctional Facility in which 15 prisoners assaulted Mr. Hudson and one prisoner stabbed him, ADOC transferred Mr. Hudson from the Bibb Correctional Facility to Kilby RRC in Mt. Meigs, Alabama. Shortly before the Magistrate Judge issued his report, ADOC transferred Mr. Hudson from Kilby RRC to the Elmore Correctional Center in Elmore, Alabama. (Doc. 5, p. 3; Doc. 34, p. 8; Doc. 33).